IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 16-511 |
| MATTHEW MAFFEI<br>     a/k/a "Uncle Mike" | : | |

## ORDER

AND NOW, this _____ day of _____, 201_, it is hereby

## ORDERED

that the Warden of George W. Hill Correctional Facility produce the body of MATTHEW MAFFEI, DOB: 10/17/1974, Inmate # 7033858, on Tuesday, January 3, 2017, into the custody of agents of the Federal Bureau of Investigation for an initial appearance before Magistrate Judge Richard A. Lloret on the above-captioned Indictment on Tuesday, January 3, 2017, and said prisoner shall remain in federal custody for any further proceedings to be had in this case.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 16-511 |
| **MATTHEW MAFFEI**<br>       a/k/a "Uncle Mike" | : | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

AND NOW, the United States of America, by its attorneys, and avers as follows:

l.       Matthew Maffei, DOB: 10/17/10974, Inmate # 7033858, is a local prisoner presently incarcerated at George W. Hill Correctional Facility.

2.       Matthew Maffei was indicted by a federal grand jury under Criminal No. 16-511, and charged with manufacturing child pornography, in violation of 18 U.S.C. § 2251(a); transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1); receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2); and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

3.       This matter is assigned to this Court, the Honorable Mitchell S. Goldberg.

4.       Matthew Maffei is needed on Tuesday, January 3, 2017, for an initial appearance before Magistrate Judge Richard A. Lloret on Criminal No. 16-511.

WHEREFORE, your petitioner prays this Honorable Court for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden of George W. Hill Correctional Facility, requiring him to produce the body of the above-named prisoner to agents of the Federal Bureau of Investigations for an initial appearance scheduled for Tuesday, January 3, 2017.

Petitioner further requests that defendant Maffei remain in federal custody until the conclusion of his federal proceedings in this case.

        Respectfully yours,

        ZANE DAVID MEMEGER
        United States Attorney


        /s Michelle Rotella
        MICHELLE ROTELLA
        Assistant United States Attorney