Your Honor,

I am writing on behalf of my brother Matthew Paul Maffei.

I am 4 years older then Matt and grew up in the same home along with our sister and older brother. I've always known Matt to be a gentle and caring human being not only to other people but animals as well. Even as an adult I've never seen or heard Matt take an aggressive or threatening stance toward anyone even at times when I certainly would have. He has a great sense of humor and a bright intellect which I have always been fond of. Matt always made friends wherever he went and people always seemed to love him no matter the circumstance. I trusted his judgement enough to employ him for a while when he seemed to be unsure of his path forward. He eventually tried to earn a computer trade but was unsuccessful. He had a substance abuse problem for quite a while and seemed to have gotten through it at what seemed to be a fairly young age. He completed tractor trailer driving school and gained employment afterward with a couple different interstate trucking companies but decided that kind of distance was too much and came back to live with my mother who was in her late sixties and living alone at the time. He had saved up some money and enrolled in courses at DCCC and Penn State to become a geologist and was working at Costco in the autoshop. Needless to say both my wife and I were both more then shocked when we heard he had been arrested and for the type of crime! It just didn't make any sense and certainly didn't seem like Matt at all. He has 4 nephews which he had spent many hours around while they were growing up and none of them have any strange or traumatic stories to tell. They're just as dumbfounded as the rest of us. Matt spent 42 years around children at birthday parties, swimming at our family pool, BBQ's, you name it. Never a complaint or a questionable incident. No one else coming forth after the media story about his arrest.

We understand now that over the previous year or so between our father's death, a work-loss injury at Costco, mounting school debt and dwindling finances Matt had returned to using drugs. After I talked with my mother, who was letting Matt live in an in-law suite at her house, I got the full story of her dealings with Matt some of which seemed a bit strange. Also talking with my other siblings at the time who had also talked with Matt on different occasions it seemed that something a bit off was going on with him. I wish I had intervened more and could have offered some help but I didn't. Matt is a genuinely good person and hasn't given anyone a problem up until this point. He's been a good law abiding citizen for 42 years and I firmly believe he would have continued on that path if not for the toll mixing prescription drugs, extended use of marijuana and alcohol has had on his psyche over that last year or so before his arrest. I know he's committed a crime and I hope that his victim and her family can get enough help and love to heal over that trespass, but I also hope you'll consider what I've written here when sentencing Matthew and try to help him as well, to get back to the person we all know he can be.

Thank you for your time, I greatly appreciate it.

Shawn Maffei

EXHIBIT D-2(A)