Kathleen Maffei
4312 Springhouse Lane
Aston, PA 19014

January 9, 2018

Re: Matthew Maffei

Your Honor,

I am writing to provide information about the character of Matthew Maffei, in the hope that you will take it into consideration in determining sentencing. He is my brother-in-law and an uncle to my son, and we lived in the same household from 1990 to 1996. Though his brother and I subsequently divorced, I continue to have a familial relationship with Matt and his family.

When I first met Matt, he was in high school and working out what he wanted to do with his life. He was a sensitive, big-hearted, generous young man, and he immediately made me feel welcome to the family. There was no pretense with Matt; he had no qualms telling you how he felt and no ego getting in the way of being kind and straightforward. I remember that these qualities are what stood out about him most. He had two older brothers he admired and wanted to live up to, and I think he struggled somewhat with what direction his adulthood would take, but I never questioned that he would build an honest, caring life.

The memory of him that stands out the most is the day I went to the hospital to give birth to my son. Matt was so excited to become an uncle that he rushed to the hospital, as well. The doctor had me walking the hallways to re-start the stalled labor, and there was Matt walking with me and his brother. I couldn't have felt more supported.

Though I saw Matt much less after the divorce, I stayed in contact with the family over the years and saw him from time to time. Several years ago, we had a long conversation in his dying father's hospital room. He also spent time with me at my home for family gatherings in the past few years. My impression was that he was struggling with his life's direction and meaning, but I still saw evidence of that warm, caring, honest person.

I very much hope that he gets the psychological help that he needs in a safe environment. Whatever demons he's struggling with, there is a kind, empathetic human being inside who I believe wouldn't waste a chance to fix his problems and work towards redemption. I hope that my letter helps in your decision.

Thank you,

Kathleen Maffei

EXHIBIT D-2(B)